IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NICOLE KNOX-MORRIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00840-O-BP |
| | § | |
| **CVS HEALTH CORPORATION, AETNA CVS HEALTH, and CVS PHARMACY,** | § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO STAY PENDING ARBITRATION

Before the Court is the Joint Motion to Stay Case Pending Arbitration filed by the parties on November 18, 2024. ECF No. 18. In the Joint Motion, Plaintiff and Defendants represent that they are parties to a mutually binding arbitration agreement. *Id.* at 1. They request that the Court enter an order compelling arbitration of the case before the American Arbitration Association and staying the case pending conclusion of the arbitration proceeding. *Id.* For good cause shown, and noting the agreement of the parties, the Court **GRANTS** the Joint Motion.

It is therefore **ORDERED** that the parties arbitrate this case before the American Arbitration Association, and the Court **STAYS** the case until after the arbitration proceeding concludes. It is further **ORDERED** that the parties shall file a joint status report within thirty days after conclusion of the arbitration proceeding addressing whether the case should be dismissed at that time. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case until further order of the Court.

**SO ORDERED** on this **20th** day of **November, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**